# RECEIVED

AUG 2 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| MARKEL INT'L INS. CO., LTD. | CIVIL ACTION NO. 05-1913 |
| VS. | JUDGE HAIK |
| MIKE HUVAL INS. AGENCY, L.L.C<br>CAJUN QUALITY SEAFOOD, L.L.C.<br>FAIZ KARAMATH | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Plaintiff Markel International Insurance Company, Ltd. has sued defendant Faiz Karamath, who is currently incarcerated, one of his seafood businesses, Cajun Quality Seafood, L.L.C., and Mike Huval Insurance Agency, L.L.C., in connection with the loss of a business property due to fire that was being leased to Karamath to run his seafood business. That fire, as well as a previous fire, are the subject of two arson investigations by federal and state authorities. Markel claims that, had Karamath disclosed that the subject property had previously suffered a loss due to a fire that was being investigated for arson, it would not have written the subject policy. Markel alleges that it paid $230,000.00 to L.F. Properties, L.L.C. to cover the losses to the subject property before it learned of the previous fire. Markel seeks to recover that amount from defendants, plus attorneys' fees and costs.

Considering the foregoing, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on August 23 , 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)