RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/12/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARKAL INTERNATIONAL INSURANCE COMPANY, LTD. | CIVIL ACTION 05-1913 |
| VERSUS | CHIEF JUDGE HAIK |
| MIKE HUVAL INSURANCE AGENCY, L.L.C., ET AL | MAGISTRATE JUDGE METHVIN |

## RULING

A Motion for Partial Summary Judgment by Markel International Insurance Company, Ltd. to Void Insurance Policy Due to Material Misrepresentation (Doc. #40) was filed on November 7, 2006. According to the Affidavit of Service executed on November 30, 2006 and filed into the record of this Court, the defendant was personally served with the Motion on November 9, 2006 at 12:30 p.m. Pursuant to Local Rule 7.5W, a party has fifteen days from service of the motion to file an opposition, if such action is desired. To date, no opposition has been filed.

As such, the Motion for Partial Summary Judgment by Markal International Insurance Company, Ltd. to Void Insurance Policy Due to Material Misrepresentation is **GRANTED** as unopposed.

THUS DONE AND SIGNED on this the 12th day of December, 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

COPY SENT
DATE 12/12/06
BY
Fax TO Melchiode
 " Feherty
 " Gooch