RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7 / 18 / 07
      GB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **MARKEL INTERNATIONAL INSURANCE COMPANY, LTD.** | **CIVIL ACTION 05-1913** |
| **VERSUS** | **CHIEF JUDGE HAIK** |
| **MIKE HUVAL INSURANCE AGENCY, ET AL** | **MAGISTRATE JUDGE METHVIN** |

### ORDER

The Order entered by this Court on May 10, 2007 (Doc. #59) disposed of all remaining issues in this matter and is a **FINAL JUDGMENT**. The Clerk of Court is hereby **ORDERED** to close this case.

**THUS DONE** and **SIGNED** on this the 17th day of July, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA